IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION NO. 08cr369 |
|---|---|---|
| vs. | : | |
| DARRYL BUCK | : | CIVIL ACTION NUMBER 11cv7569 |

O R D E R

**AND NOW**, this 23rd day of May, 2012, pursuant to the court's memorandum and order dated May 8, 2012, **IT IS HEREBY ORDERED** that Darryl Buck has failed to make a substantial showing of the denial of a constitutional right, there is no ground to issue a certificate of appealability and the court will not issue a certificate of appealability.

s/William H. Yohn Jr.
William H. Yohn Jr., Judge